**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-2076**

JAMES ADEYEMI,

Plaintiff - Appellant,

v.

STATE OF MARYLAND; DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES,

Defendants - Appellees,

and

MARYLAND GOVERNOR LARRY HOGAN; ADMINISTRATION OF LARRY HOGAN,

Defendants.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Ellen L. Hollander, District Judge. (1:19-cv-03207-ELH)

Submitted: December 21, 2021                    Decided: December 22, 2021

Before KING and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

James Adeyemi, Appellant Pro Se. Matthew Wayne Mellady, DEPARTMENT OF PUBLIC SAFETY & CORRECTIONAL SERVICES, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Adeyemi appeals the district court's orders dismissing for lack of jurisdiction his civil action and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Adeyemi v. Maryland*, No. 1:19-cv-03207-ELH (D. Md. May 5, 2021; filed Sept. 21, 2021 & entered Sept. 22, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*